# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**BRENT JEFFREY LAMBERT**,

Plaintiff(s)/Petitioner(s),

vs.

**MICHAEL MARTEL**,

Defendant(s)/Respondents(s).

Case No.  2:10–CV–02587–DAD

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

    This case was randomly assigned to Magistrate Judge Dale A. Drozd. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 302.

    Accordingly, within 30 days, the parties shall complete and return this form to the court.

**IT IS SO ORDERED.**

Dated:  10/6/10                                                      /s/ – Dale A. Drozd
                                                                                    United States Magistrate Judge

---

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

---

☐     *CONSENT* **TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____                    Signature: _____

                                                            Print Name: _____
                                                             ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

☐     *DECLINE* **OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND**
       **REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: _____                    Signature: _____

                                                            Print Name: _____
                                                             ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____
_____