KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHAEL A. CANZONERI, State Bar No. 131649
Supervising Deputy Attorney General
HEATHER S. GIMLE, State Bar No. 203849
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5264
 Fax: (916) 324-2960
 E-mail: Heather.Gimle@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENT JEFFREY LAMBERT,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**MICHAEL MARTEL, Warden,**<br><br>　　　　　　　　　Respondent. | 2:10-cv-2587 DAD<br><br>**NOTICE OF LODGING** |

TO CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, contemporaneous with the filing of the Answer to Petitioner for Writ of Habeas Corpus in the above-entitled case, the People lodge the following materials with the Clerk's Office:

　　1. Appellant Opening Brief, Case No. C056328, Court of Appeal, Third Appellate District;

　　2. Respondent's Brief, Case No. C056328, Court of Appeal, Third Appellate District;

　　3. Appellant's Reply Brief, Case No. C056328, Court of Appeal, Third Appellate District;

　　4. Appellant's Supplemental Brief, Case No. C056328, Court of Appeal, Third Appellate District;

5. Respondent's Supplemental Brief, Case No. C065328, Court of Appeal, Third Appellate District;

6. Appellant's Supplemental Reply Brief, Case No. C056328, Court of Appeal, Third Appellate District;

7. Court of Appeal, Third Appellate District Unpublished Opinion, Case No. C056328 (July 9, 2009);

8. Appellant's Petition for Review to Exhaust State Remedies, Supreme Court of California (July 9, 2009);

9. Supreme Court of California, Order Denying Petition for Review, Case No. S174781 (September 17, 2009);

10. Petition for Writ of Habeas Corpus, California Supreme Court, Case No. S176499 (September 22, 2009);

11. Supreme Court of California, Order Denying Petition for Review, Case No. S176499 (March 18, 2010);

12. Clerk's Transcripts on Appeal, Case No. C056328, Volumes 1-3;

13. Reporter's Transcripts on Appeal, Case No. C056328, Volumes 1-4;

14. Clerk's Supplemental Transcripts on Appeal, Case No. C056328, Volume 1;

15. Reporter's Augment on Appeal, Case No. C056328; Volume 1-2.

Dated: February 22, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MICHAEL A. CANZONERI
Supervising Deputy Attorney General

*/s/ Heather S. Gimle*

HEATHER S. GIMLE
Deputy Attorney General
*Attorneys for Respondent*

SA2010303463
31201668.doc